UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

**Case No.** EDCV-16-2332-MWF (DTBx)     **Date:** February 27, 2017
**Title:** Rene Monzon, Jr. v. Select Portfolio Servicing, Inc., et al.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER RE ORDER TO SHOW CAUSE

     The Court previously dismissed Plaintiff's Complaint in an order filed January 4, 2017. (Docket No. 14). That Order also ordered Plaintiff to show cause why the action should not be dismissed without leave to amend, with a response due by February 7, 2017. Plaintiff has not responded to the Order.

     Accordingly, the action is **DISMISSED** *without leave to amend*. *See* Fed. R. Civ. P. 41(b) (permitting the Court to dismiss an action for failure to comply with the Court's orders); Local Rule 41-5 (stating that failure to respond to the noticed call of any action or proceeding may result in dismissal for failure to prosecute).

     This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this order, and its entry on the docket, as an entry of judgment.